# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GARY H. POWELL

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW

JOE KRENTZMAN & SONS, INC.

Intervenor

PETITION OF: UNEMPLOYMENT
COMPENSATION BOARD OF REVIEW

: No. 927 MAL 2015
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue as stated by petitioner is:

> Should a Commonwealth agency be required to allow a suspended attorney to represent a party in its hearings and proceedings?

    The Office of Disciplinary Counsel's Application for Leave to File as *Amicus Curiae* in Support of Petition for Allowance of Appeal is **DENIED**. Andrew J. Ostrowski's Application to Intervene is **DENIED**.